# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| HAROLD RALEY and CHERYL RALEY, ) <br> d/b/a Raley Entertainment, ) <br> ) <br> Plaintiffs/Counter-defendants, ) <br> ) <br> v. ) <br> ) <br> CHARLES P. JACKSON, individually and d/b/a ) <br> Green Park Associates, GREEN PARK ) <br> ASSOCIATES, ROBERT E. VAIL, JR., ) <br> MICHAEL R. ALLEN (and Counter-Claimant), ) <br> and LARRY SMITH, ) <br> ) <br> Defendants. ) | Civil No. 3:04-0877 <br> Judge Trauger <br> Magistrate Judge Griffin |

## O R D E R

On June 21, 2005, the Magistrate Judge issued a Report and Recommendation, recommending, in part, that the Motion for Involuntary Dismissal filed by defendant Allen (Docket No. 73) be granted. (Docket No. 83)  No timely objections have been filed.  The Report and Recommendation is, therefore, **ACCEPTED** and made the findings of fact and conclusions of law of this court.  For the reasons expressed therein, it is hereby **ORDERED** that the Motion for Involuntary Dismissal filed by defendant Allen is **GRANTED**, and the claims in this case against defendant Allen are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

ENTER this 20th day of September 2005.

_____
ALETA A. TRAUGER
U.S. District Judge