UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HAROLD RALEY AND ) | |
| CHERYL RALEY, d/b/a ) | |
| RALEY ENTERTAINMENT, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | Case No. 3:04-0877 |
| v. ) | Judge Trauger |
| ) | |
| CHARLES P. JACKSON, individually and ) | |
| d/b/a GREEN PARK ASSOCIATES, ) | |
| ROBERT E. VAIL, JR., ) | |
| MICHAEL R. ALLEN, LARRY SMITH, and ) | |
| STEPHEN PATTERSON, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 137) filed by the counter-plaintiff Michael R. Allen is **GRANTED**.

Michael R. Allen is awarded **JUDGMENT** against the counter-defendants, Harold Raley, Cheryl Raley, and Raley Entertainment, jointly and severally, in the amount of $211,500.

Entry of this Order shall constitute a judgment in this action.

It is so ordered.

Enter this 12th day of June 2007.

_____
ALETA A. TRAUGER
United States District Judge